ACCEPTED
04-14-00002-cr
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
9/4/2015 1:25:57 PM
KEITH HOTTLE
CLERK

NO. 04-14-00002-CR

| | | |
|---|---|---|
| RAY LEE GARCIA | * | IN THE COURT OF APPEALS |
| Appellant | * | |
| | * | |
| VS. | * | FOURTH SUPREME JUDICIAL |
| | * | DISTRICT |
| | * | |
| THE STATE OF TEXAS, | * | |
| Appellee | * | SAN ANTONIO, TEXAS |

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
09/04/15 1:25:57 PM
KEITH E. HOTTLE
Clerk

## MOTION FOR LEAVE TO WITHDRAW

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, Richard E. Langlois, court appointed attorney of record for Appellant, Ray Lee Garcia, in the above styled and numbered cause and respectfully requests leave of Court to withdraw as counsel for Appellant and in support thereof shows:

I.

Counsel was appointed by the District Court in Atascosa County to represent Ray Lee Garcia for the appeal of his conviction of arson in the above styled and numbered cause. Counsel timely filed appellant's brief in this matter. This court issued an opinion affirming appellant's conviction and sentence on August 26, 2015. Thereafter, Counsel submitted a letter in compliance with Rule 48.2 TRAP to Ray Lee Garcia informing him of his right to file a pro se petition for discretionary review pursuant to Rule 68 TRAP and provided notice counsel would withdraw as his attorney of record. Counsel is in compliance with the opinion in *Ex Parte Wilson, 956 S.W.2d 25, (Tex.Crim.App. 1997* and has not been retained to file a Petition for Discretionary

F:\DOCUMENT\JLS\WITHDRAW.MTN

Review.

II.

Counsel believes that no injustice or prejudice will be caused by the withdrawal of counsel at this time and that Counsel has no further legal duty to continue to represent appellant in this matter.

WHEREFORE, PREMISES CONSIDERED, Richard E. Langlois respectfully requests that this court enter an order permitting counsel withdraw from his representation of Ray Lee Garcia in this cause.

RESPECTFULLY SUBMITTED

LAW OFFICES
RICHARD E. LANGLOIS
217 Arden Grove
San Antonio, Texas  78215
Tel:  (210) 225-0341
Fax:  (210) 225-0345


/s/ *Richard E. Langlois*
State Bar No. 11922500
Attorney for Appellant

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Motion to Withdraw has been mailed to Ray Lee Garcia, Mr. Ray Lee Garcia, TCDJ: 1898414, 3 Jester Road Richmond Texas 77406 and to Mr. Rene M. Pena, Atascosa County District Attorney. 1327 3rd St., Floresville, Texas 78114-1961, on this 4th day of August 2015.

/s/ *Richard E. Langlois*